IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-145M |
| | ) | |
| JODY CHUBBS | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO UNSEAL FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, hereby moves that the Criminal Complaint and entire file in the above-captioned case be unsealed as defendant Chubbs has been arrested.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: August 9, 2007

**AND NOW**, this 9th day of AUGUST, 2007, upon the foregoing Motion, it is

**ORDERED** that the Criminal Complaint and file in the above-captioned case are hereby unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
AUG 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE