PS 8
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CR07-118-UNA. |
| vs. | ) | Criminal Action No. ~~07-145M (MPT)~~ |
| | ) | |
| Jody Chubbs | ) | |
| | ) | |
| Defendant | ) | |

### Petition for Action on Conditions of Pretrial Release

COMES NOW <u>CRAIG H. CARPENTER</u> PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Jody Chubbs</u> who was placed under pretrial release supervision by the Honorable <u>Mary Pat Thynge</u> sitting in the court at <u>Wilmington, Delaware</u>, on the <u>8</u>th day of <u>August</u>, <u>2007</u> under the following conditions:

1. The defendant shall report to Pretrial Services as required by that Agency.
2. The defendant shall remain or actively seek employment. No contact with any financial information. Comply with conditions of state probation.
3. No travel outside the State of Delaware unless authorized by Pretrial Services.
4. Refrain from possessing a firearm, destructive device, or other dangerous weapons.
5. Continue counseling for gambling addiction. **No gambling at all.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Please See Attached

**PRAYING THAT THE COURT WILL ORDER**... a warrant for the arrest of Jody Chubbs, so she can be brought before the Court on charges she has violated the terms and conditions of her pretrial release.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this __10__ day of __September__, 2007. | _____ |
| _____ | U.S. Pretrial Services Officer |
| Magistrate Judge | Executed on  September 7, 2007 |
| | Place  Wilmington, Delaware |

FILED
SEP 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Special Condition #5:** (In part) The defendant shall continue with counseling for her gambling addiction. No gambling at all.

**Evidence**: The defendant's player's card indicates she gambled at Dover Downs, in Dover, Delaware, on August 8th, August 14th, August 22nd, and August 29, 2007. Video tape and tax records show the defendant gambled at Dover Downs on August 30th and 31st, 2007. The defendant has admitted to the pretrial officer that she has gambled at Dover Downs during pretrial release, but she can not recall the dates or times.