# Michele D. Thomas, M.D., F.A.C.S., F.A.S.C.R.S.
## Board Certified in Colon and Rectal Surgery

September 7, 2007

Eugene Maurer
1401 King Street
Wilmington, DE 19801

RE:   Jody Chubbs

Dear Mr. Maurer,

Ms. Chubbs is scheduled to have surgery on September 11, 2007. She will be unable to appear in court until released from my care, which will be determined two weeks post operative. Please feel free to contact me with any questions or concerns you may have regarding this matter.

Sincerely,

Michele D. Thomas, M.D.

MDT/sr



Delmarva Surgery Associates, P.A • 302-644-8850 • Fax 644-8852
Old Towne Office Park • 34434 King Street Row, Ste. 2 • Lewes, Delaware 19958