AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
JODY CHUBBS

Middletown, DE 19709

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   CR 07-118-UNA



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room ( FOR ARRAIGNMENT ) |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Courtroom #6C, 6th Floor |
| | Date and Time |
| Before:   Honorable Mary Pat Thynge, United States Magistrate Judge | SEPTEMBER 13, 2007 AT 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:30 PM

To answer a(n)

X  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___1344___

Brief description of offense:

18:1344 AND 18:2 - BANK FRAUD - ( COUNTS I THRU V );

42:408 - SOCIAL SECURITY FRAUD - ( COUNT VI );

18:1028A(1) - AGGRAVATED IDENTITY THEFT - ( COUNT VII )



BY: _/s/_ ; DEPUTY CLERK     SEPTEMBER 6, 2007 at Wilmington, DE
Signature of Issuing Officer                                Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

Service was made by the¹

| Check one box below to indicate appropriate method of service |
|---|

[X] Served personally upon the defendant at: _residence via Cert mail_
_9/8/07_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  9-10-07
         Date

_DW Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.