IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  JODY CHUBBS        CASE NO.  CR 07-118-SLR

The defendant,  JODY CHUBBS , having been scheduled for arraignment on  SEPTEMBER 13, 2007

a continuance having been requested by  DEFENSE COUNSEL

for the following reasons:  MEDICAL REASONS

and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to   SEPTEMBER 27, 2007

(2) The period between   SEPTEMBER 13, 2007   and  SEPTEMBER 27, 2007   shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 9/20/07



FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE