IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. __JODY CHUBBS__     CASE NO. __CR 07-118-SLR__

The defendant, __JODY CHUBBS__, having been scheduled for arraignment on __SEPTEMBER 27, 2007__

a continuance having been requested by __DEFENSE COUNSEL__

for the following reasons: __DUE TO A SCHEDULING CONFLICT RESULTING FROM AN ONGOING JURY TRIAL__

and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to __OCTOBER 18, 2007__

(2) The period between __SEPTEMBER 27, 2007__ and __OCTOBER 18, 2007__ shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 10/16/07



FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE