AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of            DELAWARE

UNITED STATES OF AMERICA

V.

JODY CHUBBS

**WARRANT FOR ARREST**

Case Number: CR 07-118-UNA SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **JODY CHUBBS**
                                                                                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☒ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF BAIL CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO                         BY: _____ : DEPUTY CLERK
Name of Issuing Officer                        Signature of Issuing Officer

CLERK OF COURT                          SEPTEMBER 10, 2007 at WILMINGTON, DE
Title of Issuing Officer                          Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Jody Chubbs

| DATE RECEIVED 9/10/07 | NAME AND TITLE OF ARRESTING OFFICER Toby Conrad DUSM | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 10/18/07 | | |