IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-118-SLR |
| ) | |
| JODY CHUBBS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 11th day of December 2007, having conferred with counsel;

IT IS ORDERED that:

1. An in person status conference is scheduled for **Tuesday, January 15, 2008** at **4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Defendant is ordered to appear and respond to the petition for violation of pretrial release dated September 10, 2007 (D.I. 12).[1]

3. The time between this order and the January 15, 2008 conference shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

United States District Judge

---

[1] Absent the persuasive testimony of a treating physician at the hearing, the court may consider revocation of defendant's pretrial release status if she is found to be in violation of her pretrial supervision.