IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-118-SLR |
| | ) |
| JODY CHUBBS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 16th day of January, 2008,

IT IS ORDERED that:

1. The hearing to consider revocation of pretrial release is scheduled for **Tuesday, January 29, 2008 at 4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Defendant's pretrial motions are due on or before **January 29, 2008.**

IT IS FURTHER ORDERED that, pursuant to defendant's request, the time between this order and **January 29, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

United States District Judge