IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 07-118-SLR |
| JODY CHUBBS, | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 30th day of January, 2008, having conducted a hearing on the petition for violation of pretrial release;

IT IS ORDERED that defendant will continue on the same conditions of pretrial release imposed on August 10, 2007 and October 18, 2007, with the following additional conditions:

1. Defendant shall be placed on home confinement with electronic monitoring, to be set-up as soon as possible by the Office of Probation.

2. Defendant is prohibited from leaving her residence unless it is a medical emergency, a pre-approved medical appointment or other pre-approved appointment.

3. Defendant is prohibited from leaving her residence to work.

_____
United States District Judge