IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-118-SLR |
| ) | |
| JODY CHUBBS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 30th day of January, 2008, having conferred with counsel;

IT IS ORDERED that:

1. A jury trial is scheduled to commence on **Monday, April 21, 2008** at **9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Wednesday, April 9, 2008** at **4:30 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Motions in limine, proposed jury instructions, proposed verdict sheet and voir dire shall be filed on or before **April 7, 2008**. Responses to any motions in limine will be discussed at the pretrial conference.

excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                 _____
                                                 United States District Judge