IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 07-118-SLR |
| JODY CHUBBS, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

At Wilmington this 17th day of March, 2008,

IT IS ORDERED that a telephone status conference is scheduled for **Wednesday, April 16, 2008** at **4:30 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and the **April 16, 2008** teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge