UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Cr. A. No. 07-118-SLR |
| v. | ) | |
| | ) | |
| **JODY CHUBBS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

To: Ilana H. Eisenstein, Esquire  
    Assistant United States Attorney  
    U.S. Attorney's Office  
    Nemours Building  
    1007 Orange Street, Suite 700  
    Wilmington, DE 19801

Jody Chubbs  
238 Oak Drive  
Middletown, DE 19709

PLEASE TAKE NOTICE that the within Motion to Withdraw as Counsel will be presented to the Honorable Sue L. Robinson as soon as counsel can be heard.

/s/ Eugene J. Maurer, Jr.  
Eugene J. Maurer, Jr., I.D. No. 821  
1201-A King Street  
Wilmington, DE 19801  
302-652-7900

Attorney for Defendant

Date: April 16, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>  )<br>    **Plaintiff,**  )<br>  )   Cr. A. No. 07-118-SLR<br>    v.  )<br>  )<br>**JODY CHUBBS,**  )<br>  )<br>    **Defendant.**  ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Eugene J. Maurer, Jr., and respectfully requests that he be permitted to withdraw as counsel in the above. The bases of this motion are as follows:

1. Counsel has been representing the defendant since the inception of this prosecution. Counsel originally entered his appearance with respect to an initial indictment returned in September of 2007 and thereafter in a superseding indictment returned in November of 2007.

2. The initial indictment against the defendant was a seven count indictment alleging violations of 18 United States Code §1344 and other related offenses.

3. Thereafter, the Grand Jury returned a superseding indictment containing all of the counts previously referenced and which indictment alleged new matters involving other fraudulent conduct of the defendant. Despite some hesitation, given the fact that counsel had been involved in the process from the start, counsel went ahead and entered his appearance with respect to that indictment as well.

4. In connection with the representation of the defendant, counsel has reviewed numerous documents and has met with the client on various occasions. Further, counsel has been required to deal with multiple issues regarding the defendant's bail status and her medical situation. In that regard, counsel has had to communicate with the defendant's physicians and appear in court to deal with these bail issues.

5. Counsel has also met with the United States Attorney's Office in anticipation of efforts to discuss a possible resolution in this case.

6. The Grand Jury has now returned a second superseding indictment which indictment consists of yet more new matter and comprises 22 counts. The 22 counts include allegations made in the previous indictment and also adds significant and additional new material.

7. This case has become increasingly complex and time consuming. Given the variety of issues which are spawned by the new indictment including possible severance issues and other materials and given the enormous amount of time that will have to be expended to address these issues, counsel is no longer in a position to represent the defendant given the defendant's current financial situation.

8. Counsel has basically been handling this case with almost no pay since he felt obligated to do so having initially entered his appearance. However, with the superseding indictment, the landscape of the case has been altered significantly and requires substantial additional resources for which the defendant is unable to pay. The defendant is in all likelihood at this time eligible for representation by either court appointed counsel or the federal public defender's office.

9. In light of all of the above, counsel would respectfully request that he be given permission to withdraw as attorney for the defendant at this time.

/s/ Eugene J. Maurer, Jr.
Eugene J. Maurer, Jr., I.D. No. 821
1201-A King Street
Wilmington, DE 19801
302-652-7900

Attorney for Defendant

Date: April 16, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)     Cr. A. No. 07-118-SLR<br>**v.** )<br>)<br>**JODY CHUBBS,** )<br>)<br>**Defendant.** ) | |

ORDER

AND NOW, to wit, on this _____ day of _____, 2008 the foregoing motion having been heard and considered, it is hereby

ORDERED that Eugene J. Maurer, Jr. be permitted to withdraw as counsel.

_____
J.