IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07-118-SLR |
| | ) |
| JODY CHUBBS | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Please take notice that Shannon T. Hanson enters her appearance in the above-captioned case.

                                         Respectfully Submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                          BY: /s/ Shannon T. Hanson
                                          Shannon T. Hanson
                                          Assistant United States Attorney
                                          The Nemours Building
                                          1007 Orange Street, Suite 700
                                          P.O. Box 2046
                                          Wilmington, Delaware 19899-2046
                                          (302) 573-6277
                                          douglas.mccann@usdoj.gov

Dated: April 18, 2008

## CERTIFICATE OF SERVICE

I, Marie Steel, hereby certify that I caused copies of the foregoing Notice of Entry of Appearance to be served this 18th day of April, 2008 on the following counsel in the manner indicated:

**BY CM/ECF**

Eugene J. Maurer, Jr., Esq.
Eugene J. Maurer, Jr., P.A.
1201-A King Street
Wilmington, Delaware 19801

_____
Marie Steel