IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-118-SLR |
| ) | |
| JODY CHUBBS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 17th day of April, 2008, having conferred with counsel;

IT IS ORDERED that:

1. A hearing to consider defendant's motion (D.I. 38) is scheduled for **Wednesday, April 30, 2008** at **11:00 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Defendant and her attorney are required to attend this hearing.

3. The time between this order and the **April 30, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge