UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JODY CHUBBS, )<br>)<br>Defendant. ) | Cr. A. No. 07-118-SLR |

ORDER

AND NOW, to wit, on this __30th__ day of __April__, 2008 the foregoing motion having been heard and considered, it is hereby

ORDERED that Eugene J. Maurer, Jr. be permitted to withdraw as counsel.

_____