UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. **CR 07-118-SLR** ) ) |
| **JODY CHUBBS** | ) ) |
| Defendant. | ) |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **30**<sup>TH</sup> day of APRIL , **2008**, ORDERED that **Edson A. Bostic, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Sue L. Robinson
United States District Judge

cc: Federal Public Defender
    704 King Street
    First Federal Plaza, Suite 110
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney