IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-118-SLR |
| | : | |
| JODY CHUBB , | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

**PLEASE** add the appearance of Eleni Kousoulis, Esquire as attorney and co-counsel of record on behalf of Defendant, Jody Chubb, in the above-captioned matter.

Respectfully submitted,

 /s/  Eleni Kousoulis
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
Federal Public Defender's Office
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com

Dated: May 6, 2008