IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-118-SLR |
| ) | |
| JODY CHUBBS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 8th day of May, 2008,

IT IS ORDERED that a telephone status conference is scheduled for **Monday, May 19, 2008** at **9:45 a.m.**, with the court initiating said call.

_____
United States District Judge