IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-118-SLR |
| JODY CHUBBS, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 19th day of May, 2008, having conferred with counsel;

IT IS ORDERED that a telephone status conference is scheduled for **Tuesday, July 1, 2008** at **12:00 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and July 1, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge