AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

UNITED STATES OF AMERICA
V.
JODY CHUBBS

**REDACTED** SUMMONS IN A CRIMINAL CASE

Case Number:     07-118-SLR

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | **Courtroom #2A, 2nd Floor** |
| | Date and Time |
| Before:    Honorable Leonard P. Stark, United States Magistrate Judge | JUNE 12, 2008 AT 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)

[X] Indictment     [ ] Information     [ ] Complaint     [ ] Violation Notice     [ ] Probation Violation Petition

Charging you with a violation of Title    18, et al.,    United States Code, Section(s)    1344, et al.,

Brief description of offense:

COUNT I - KNOWINGLY EXECUTE AND ATTEMPT A SCHEME TO ARTIFICE TO DEFRAUD A FEDERALLY INSURED FINANCIAL INSTITUATION.

et al.

**FILED**
**JUN 13 2008**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Signature of Issuing Officer

6/6/2008 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

### RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: _by mail_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _6-12-08_
Date

_DW Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.