IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-118-SLR |
| JODY CHUBBS, | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 1st day of July, 2008, having conferred with counsel;

IT IS ORDERED that a telephone status conference is scheduled for **Wednesday, August 20, 2008** at **9:00 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and August 20, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge