IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Crim. No. 07-118-SLR |
| JODY CHUBBS, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 21st day of August, 2008, having conferred with counsel;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Wednesday, November 5, 2008** at **8:30 a.m.**, with the court initiating said call.  During said call, counsel for defendant shall advise the court if defendant intends to accept a plea agreement with plaintiff.

IT IS FURTHER ORDERED, in the event a plea agreement is not reached by **November 5, 2008**, that:

1. A jury trial is scheduled to commence on **Thursday, February 19, 2009** at **9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Wednesday, January 28, 2009** at **4:30 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Motions in limine shall be filed by **January 14, 2009** and responses thereto filed by **January 21, 2009**. Proposed jury instructions, proposed verdict sheet and voir dire shall be filed on or before **January 21, 2009**.

4. The time between this order and the commencement of trial shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                 _____
                                                 United States District Judge